womblebonddickinson.com

WOMBLE BOND DICKINSON

Womble Bond Dickinson (US) LLP

717 Texas Avenue
Suite 2100
Houston, TX 77002

t: 346.998.7801
f: 346.998.5901

Michael E. Clark
Senior Counsel
Direct Dial: 346-998-7807
Direct Fax:
E-mail: Michael.Clark@wbd-us.com

July 22, 2025

Re: *United States v. Hochman*, 5:23-cr-1168 (S.D. Texas). Response to Request for a Status Update on Plea Negotiations.

To: Kellie Papaioannou
Case Manager to U.S. District Judge Drew B. Tipton

Ms. Papaioannou

I have now conferred by email with Tina Ansari, the Assistant U.S. Attorney in charge of the Government's prosecution in the matter, about responding to Judge Tipton's request for a status update as to plea negotiations in this case as you requested by email on Monday, July 21, 2025.

In my email to her, I proposed that I would send a letter to the Court stating that the negotiations were basically suspended as the parties had focused on the taint hearing recently held by the Magistrate-Judge and that we are awaiting the R&R. I also noted that I do not believe that we need to have another pretrial conference with Judge Tipton on this issue. But if one were to be scheduled, Dr. Hochman is not available until Thursday or Friday to appear as he has medical clients scheduled Tuesday through Thursday morning of this week. Ms. Ansari responded "Yes, this sounds good to me. I am out on leave from July 23-July 31st."

Respectfully,

*<u>/s/ Michael E. Clark</u>*
Lead Attorney for Michael A. Hochman, MD

Cc: Tina Ansari via ECF

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.