**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 5:23−cr−01168

Michael Avery Hochman

---

## Notice of Setting

**A proceeding has been set in this case as to Michael Avery Hochman as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

**DATE:** 9/29/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference
Applicable defendant(s) required to be present at the hearing.

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

---

Date: September 24, 2025 Nathan Ochsner, Clerk